**Emerson M.F. JOU, M.D., Individually, and on behalf of the class or others similarly situated, Plaintiff–Appellant,**

**v.**

**Gary W.B. CHANG, In his capacity as a Judge of the First Circuit Court, State of Hawaii; Does 1–100, Defendants–Appellees.**

No. 05–15207.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 15, 2006.*

Filed Dec. 7, 2006.

Stephen M. Shaw, Esq., Honolulu, HI, for Plaintiff–Appellant.

Mark J. Bennett, Esq., AGHI–Office of the Hawaii Attorney General, Honolulu, HI, for Defendant–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TROTT, WARDLAW, and W. FLETCHER, Circuit Judges.

ORDER **

For the reasons stated in the thorough and well-reasoned order of the district court, the district court's Order Denying Plaintiff's Ex Parte Motion For Temporary Restraining Order, Order Denying Plaintiff's Ex Parte Motion For Preliminary Injunction, and Order Dismissing Plaintiff's Complaint Without Prejudice are **AFFIRMED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.